UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MELVIN DEMONTE HARRISON,<br><br>   Plaintiff,<br><br>   v.<br><br>VILLIANUA, et al.,<br><br>   Defendant. | No. 1:23-cv-00872-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED<br><br>(ECF No. 6) |

Plaintiff is proceeding pro se in this civil rights action pursuant to 42 U.S.C. § 1983.

Plaintiff filed the instant action on June 1, 2023, in the United States District Court for the Eastern District of California, Sacramento Division. On June 7, 2023, the action was transferred to this Court.

On June 8, 2023, the Court ordered Plaintiff to submit the proper application to proceed in forma pauperis or pay the $402.00 filing fee within forty-five days. (ECF No. 6.) Plaintiff has not complied with the Court's order and the time to do so has passed. Accordingly, it is HEREBY ORDERED that within **fourteen (14)** days from the date of service of this order, Plaintiff shall show cause why the action should not be dismissed. Local Rule 110. Failure to comply with this order will result in a recommendation to dismiss the action.

IT IS SO ORDERED.

Dated:   **August 2, 2023**

UNITED STATES MAGISTRATE JUDGE

1